IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
Huntington Division

| | |
|---|---|
| JOHN McCORMICK and ) <br> ALICE McCORMICK, on behalf ) <br> of all other individuals similarly situated, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK d/b/a ) <br> WELLS FARGO HOME MORTGAGE, ) <br> and SAMUEL I. WHITE, P.C., ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 3:08cv944 |

## DEFENDANT SAMUEL I. WHITE, P.C.'S MOTION TO DISMISS

Defendant Samuel I. White, P.C. ("SIWPC"), by counsel, moves this honorable Court to dismiss Counts I and III of Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for which relief may be granted. For the reasons set forth in the accompanying Memorandum in Support,[1] Count I and Count III of Plaintiff's Amended Complaint should be dismissed with prejudice.

Submitted August 29, 2008

                                      Respectfully submitted,

                                      SAMUEL I. WHITE, P.C.

                                      By:       /s/ John C. Lynch
                                                    Of Counsel

---

[1] Pursuant to Local Rule of Civil Procedure 7.1(a), SIWPC attaches to this Motion the exhibits to which SIWPC refers in its Memorandum in Support.

John C. Lynch, Esquire (W.V. Bar # 6627)
E. Kyle McNew, Esquire (Va. Bar. # 73210)
Counsel for Defendant Samuel I. White, P.C.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

Chris R. Arthur (W.V. Bar No. 9192)
Counsel for Defendant Samuel I. White, P.C.
Samuel I. White, P.C.
The Kanawha Valley Building
300 Capitol Street, Suite 1600
Charleston, WV  25301
Phone:  (304) 414-0200
Facsimile:  (304) 414-0202
E-mail: carthur@siwpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiffs**
**John McCormick and Alice McCormick**
Daniel F. Hedges
Bren J. Pomponio
Sara Bird
Mountain State Justice
1031 Quarrier Street, Suite 200
Charleston, West Virginia 25301
dan@msjlaw.org
bren@msjlaw.org
sara@msjlaw.org

**Counsel for Defendant Wells Fargo Bank**
**d/b/a Wells Fargo Home Mortgage**
William W. Booker
Kay Casto & Chaney PLLC
P.O. Box 2031
Charleston, WV 25327
b.booker@kaycasto.com

/s/ John C. Lynch
John C. Lynch, Esquire (W.V. Bar # 6627)
Counsel for Defendant Samuel I. White, P.C.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

367485_1.DOC